UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR2905-JLS 08MJ2513- |
| vs. | ORDER |
| John Daniel Hughes | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Mat. Wit: Edith Antonio-Martinez

DATED: Aug. 28, 2008

RUBEN B. BROOKS

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by B. Borja Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95