UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Jason Daniel Hughes
Defendant(s)

CRIMINAL NO. 08 CR 2905 - JLS
08 MJ 2513

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Mat. Wit: David Antonio-Martinez

DATED: Aug. 28, 2008

**RUBEN B. BROOKS**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

**by** **Deputy Clerk** B. Borja

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✰ U.S. GPO: 2003-581-774/70082