AO 455 (Rev. 5/85) Waiver of Indictment

---

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

FILED
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

v.

JASON DANIEL HUGHES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2905 -JLS

I, JASON DANIEL HUGHES, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on August 28, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer